**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Marco Antonio Ramirez Estrada
aka Marco Estrada Ramirez

Case No: 23−40969 − KLT

Debtor(s)

Chapter 13 Case

## ORDER CONFIRMING CHAPTER 13 PLAN AND ALLOWING COMPENSATION

It appears that the debtor(s) filed a plan, that the plan conforms to Local Rule 3015−1 and Local Form 3015−1, that copies thereof were mailed to creditors, that a meeting of creditors was held, that a hearing on confirmation of the plan was held, and no objection to confirmation of the plan as filed or as modified has been made, or if made, has been withdrawn or overruled by the court.

It further appears that the attorney for the debtor(s) filed an application for compensation for preconfirmation services, and that the application conforms to Local Rule 2016−1(d) and Local Form 2016−1(d).

IT IS ORDERED:

1. The plan as filed or as modified is confirmed;
2. Any request of the debtor for termination of the stays in Part 16 of the plan is granted; and
3. The attorney for the debtor(s), Amanda M. Rosback, is awarded $3000.00 for total compensation or reimbursement and the trustee is authorized to pay the unpaid balance to the attorney for the debtor(s) as provided in the plan.

Dated: 7/17/23

Kesha L Tanabe
United States Bankruptcy Judge

**mnbocnf13** 13ocnf 06/22

United States Bankruptcy Court

District of Minnesota

In re:     Case No. 23-40969-KLT

Marco Antonio Ramirez Estrada     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: admin     Page 1 of 2

Date Rcvd: Jul 17, 2023     Form ID: 13ocnf     Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marco Antonio Ramirez Estrada, 11641 98th Ave North, Maple Grove, MN 55369-3210 |
| 62973059 | + | Centerpoint Energy, 505 Nicollett Mall, PO Box 59038, Minneapolis MN 55459-0038 |
| 62973064 | | Hotel Barcelo Maya Beach Resor, Carretera Chetumal-pto Juarex, km. 266.3 Xpu-Ha, Quintana Roo, Rivera Maya, Mexico 77750 |
| 62973068 | + | Jen Plum, 11641 98th Ave North, Maple Grove MN 55369-3210 |
| 62973069 | + | Katie Herdan, 625 N Oaks Dr, Apt 102, Osseo MN 55369-1439 |
| 62973070 | + | Landlord, 550 County Road D West, Saint Paul MN 55112-3517 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 62973058 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 17 2023 21:36:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks CA 91411 |
| 62984401 | + | Email/Text: documentfiling@lciinc.com | Jul 17 2023 21:36:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 62973061 | | Email/Text: correspondence@credit-control.com | Jul 17 2023 21:36:00 | Credit Control LLC, PO Box 546, Hazelwood MO 63042 |
| 62973062 | | Email/Text: bankruptcy@creditfresh.com | Jul 17 2023 21:36:00 | CreditFresh, Attn: Bankruptcy, 200 Continental Drive, Suite 401, Newark DE 19713 |
| 62978454 | ^ | MEBN | Jul 17 2023 21:31:54 | CenterPoint Energy, PO Box 1700, Houston, TX 77251-1700 |
| 62973060 | | Email/Text: rod.morton@connexusenergy.com | Jul 17 2023 21:37:00 | Connexus Energy, PO Box 1808, Minneapolis MN 55480-1808 |
| 62973063 | + | Email/Text: bknotice@ercbpo.com | Jul 17 2023 21:37:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville FL 32256-7412 |
| 62973065 | + | Email/Text: Bankruptcy@ICSystem.com | Jul 17 2023 21:36:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul MN 55164-0378 |
| 62973066 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 17 2023 21:37:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 62973067 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 17 2023 21:37:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud MN 56303 |
| 62980922 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2023 21:42:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 62973071 | + | Email/Text: mdor.bkysec@state.mn.us | Jul 17 2023 21:36:00 | MN Dept of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 62992683 | | Email/Text: recovery@paypal.com | Jul 17 2023 21:36:00 | PayPal, PO BOX 45950, Omaha, NE 68145-0950 |
| 62992684 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 17 2023 21:42:13 | Premier Bankcard, LLC, PO BOX 5524, Sioux |

| | | | | |
|---|---|---|---|---|
| | | | | Falls, SD 57117-5524 |
| 62973072 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2023 21:42:37 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 62973073 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jul 17 2023 21:42:27 | T-Mobile, PO Box 790047, Saint Louis MO 63179-0047 |
| 62973074 | | Email/Text: bankruptcynotice@unifininc.com | Jul 17 2023 21:36:00 | Unifin Inc, PO Box 4519, Skokie IL 60076 |
| 62973075 | + | Email/Text: bankruptcies@wingsfinancial.com | Jul 17 2023 21:37:00 | Wings Financial, Attn: Bankruptcy, 14985 Glazier Avenue, Apple Valley MN 55124-7842 |
| 62973076 | + | Email/Text: bankruptcies@wingsfinancial.com | Jul 17 2023 21:37:00 | Wings Financial Credit Union, Attn: Bankruptcy, 14985 Glazier Avenue, Apple Valley MN 55124-7842 |
| 62973077 | + | Email/Text: documentfiling@lciinc.com | Jul 17 2023 21:36:00 | Xfininty, 9602 300 W Ste B, Sandy UT 84070-3339 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda M. Rosback | on behalf of Debtor 1 Marco Antonio Ramirez Estrada samantha@lifebacklaw.com amanda@lifebacklaw.com;Scharber.AmandaR72722@notify.bestcase.com |
| Gregory A Burrell | cmecfjzkmn@ch13mn.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3